Alfred Erik Caraffa ADC#350727
**Name and Prisoner/Booking Number**

ASPC-Tucson Rincon Bldg C41 HU Six A cell 02
**Place of Confinement**

PO Box 24403
**Mailing Address**

Tucson Arizona 85734
**City, State, Zip Code**

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

   JUL 2 8 2023

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY ___            DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Alfred E. Caraffa ADC#350727
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Sara Simmons ~~State of Arizona~~,
(Full Name of Defendant)

(2) Ceph Medical Services,

(3) ADCRR,

(4) Ryan Thornell,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: official/Individual Capacity

2. Institution/city where violation occurred: ASPC-Tucson/Tucson AZ

1 of 68

## B. DEFENDANTS

1. Name of first Defendant: ~~State of Arizona~~. The first Defendant is employed as: ~~Dept of corrections~~ at ~~state government entity~~
   (Position and Title) (Institution)

2. Name of second Defendant: Cen Medical Service. The second Defendant is employed as: Medical Dept. at ASPC Tucson at contracted gov. entity
   (Position and Title) (Institution)

3. Name of third Defendant: ADCRR. The third Defendant is employed as: Dept. of Corrections (Arizona) at State government entity
   (Position and Title) (Institution)

4. Name of fourth Defendant: Ryan Thornell. The fourth Defendant is employed as: Director of ADCRR at State government employee
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? DOCSN + Apol. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2 of

## Defendants

1) The first Defendant is Sara Simmons. The first Defendant is an employee of the United States Supreme Court in official and individual capacities at the Supreme Court of the United States of America.

5) The fifth Defendant is the State of Arizona. The fifth ~~Amend~~ Defendant is employed as a State of this United States in official capacity.

6) The sixth Defendant is the U.S.A. The sixth Defendant is the U.S.A. in official capacity.

2(a) of 44 of 68

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Eighth Amendment of the United States Constitution.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities     ☐ Mail            ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property      ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☒ Other: Cruel and unusual Punishment

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   In Supreme Court of the United States Exhibit of Evidence pg 1 of ___ total pages. It shows Attachment A of Dept. Order 903 - Inmate Work Activities - tables 1 & 2 - the ADCRR and Medical Dept. have Deprived Program Pay to this Unconstitutionally In Custody American As A form of Cruel Punishment and Retaliation.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Retaliation by Correctional Staff and Loss of Income Deprivations

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

3 of 4 of 63

## COUNT II

1. State the constitutional or other federal civil right that was violated: __14th Amendment__ U.S. Constitution.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: __Due process of law__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The Defendant(s) have deprived this unconstitutionally convicted American the basic payrate for being in a program per Exhibit of Evidence pg.7 for 16 months as of July 9th 2023. While unconstitutionally housed in an SMI program and not SMI.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Deprived compensation for an unconstitutionally housing in a treatment program unit(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4 of 44 of 63

## COUNT III

1. State the constitutional or other federal civil right that was violated: __Fifth Amendment U.S. Constitution__.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: __Due process of Law__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Named Defendant Sara Simmons has violated the Federal Constitutional Rights and is Depriving Liberty from this Petitioner by there is no time limitation to An Petition to redress the government of Grievances (fact). Sara Simmons is misquoting And Abusing her Position at the U.S. Supreme Court in official Capacity. See Exhibit pg 4 of 37 Enclosed-

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Deprived Liberty By A federal Employee

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __No Grievable at this Prison__.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

### E. REQUEST FOR RELIEF

State the relief you are seeking:

I seek for Relief for non-compensation in Mental Health program. I sum of $6666.00 Dollars for non payment for 485 days as of program Basic pay. Plus Interest on the Judgment Against the State of Arizona and 66 Dollar Per day After July 9th 2023, at 250 to one Ratio. Also I seek Relief of 450 Million dollars Against the United States of America in official capacity. Plus Interest on Both Judgments

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 8th 2023___
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

of 44 of 36